UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NICKY ANTONIOU, JANIS BARNHART, :
TAMMY BARRETT, PENNY COOK, FAYE :
ELLIOTT, JEEN FRALEY, GAIL GARDNER, :
BETTY JAMES, JANET MARLETT, CAROLYN :
RAY, JUDY ROACH, TAMMIE SCOTT, JANET :
SPENCE, SHIRLEY TAYLOR, :
                                                                                             :
      Plaintiffs. : Civil Action
v. : No. 04-11227-GAO
                                                                                           :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
                                                                                           :
     Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                      Respectfully submitted,
       Boston, Massachusetts

                                                    /s/Matthew J. Matule
                                                    Matthew J. Matule (BBO #632075)
                                                    SKADDEN, ARPS, SLATE,
Of Counsel:                         MEAGHER & FLOM LLP
Barbara Wrubel                  One Beacon Street
Katherine Armstrong           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,      (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                    Counsel for Defendant
                                                    Boehringer Ingelheim Pharmaceuticals, Inc.